I

FILED
OCT 07 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
DEPUTY CLERK

United States District Court
of Texas Western San Antonio Division
42 U.S.C 1983 Section

Jeremy Dwayne Parker #649439
   Plaintiff,

V                     SA24CA1131 XR

New Braunfels Police Department
   Defendant.

"MOTION to proceed IN FORMA Pauperis:" Sept 30, 2024
   On January 8th 2023, I was arrested in Comal County, for a "possession of a controlled Substance, with Intent to Deliver". The Following Day, the police Department of New Braunfels, posted a Defamatory picture on their Facebook page before, and while, my pre-Indictment Investigation was on going. The picture was posted on New Braunfels police Department Facebook page on January 9, 2023, and then an additional post on February 9, 2023..
   Post Indictment publicity, and previously before being presented to the Grand Jury, for a criminal Indictment, the community of Comal County, and "Beyond", were privy to not some, but to the entirety of the investigation. Doing so they were privledging everyone, including possible Grand Jurors, a Prejudice, oppenianated, observation, before the procedure had even begun.
   By doing this, violated my constitutional Rights to a fair Trial.

## II

The slander alone from the public comments were, at the least, Demoralizing, and potentialy, MUDDING-THE-WATERS by already being a matter of public knowledge, before my Indictment had been added.

Freedom of press, states once an Individual has been charged and arrested both the First Ammendment and the Common Law provide the public with a qualified right to access at least, "Some," Judicial records in connection with the ongoing prosecution. "Some, not all."

First ammendment, Right to access does not mean that the public is entitled to inspect the record at all times and in every case.

Again on February 9, 2023 another post on the New Braunfels police Department, posting an unfactual public post, based on assumption, rather than Facts, exploiting my character to be assasinated in a public "Free For All," and again violating my rights to a fair trial. If the Grand Jury, had access to these post, which were public, and evidently open for anyone with a computer or Telephone, then were my Indictments based on observing allegated evidence or Factual observation?

I am seeking retribution and relief for the county of Comals Police Departments, attempts. of airing my arrest to the world, while not giving me a fair shot at defending my Innocence. The Law states you are Innocent until proven guilty. The Damages that these violations are attempting to "Taint", the prosecution in my allegations, not giving me a lawful chance to be treated fairly..

## III

I Jeremy Dwayne Parker, Pray that this Court enter Judgment Granting me, relief for punitive Damages in the amount of $500,000 or a "Dismissed of criminal charges with prejudice." OR any additional relief this Court deems just proper and equitable.

I am asking the Court to grant me an appointed Councel for I am Indigent and Incarcerated in Comal County. Thankyou for your time and attention.

September 30, 2024
Respectfully

Jeremy Parker #649439
3000 IH 35 South
New Braunfels, Tx. 78130

*Jeremy Parker*
Jeremy Parker.