PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE __Western__ DISTRICT OF TEXAS**
__San Antonio__ **DIVISION**

**FILED**

Jeremy Dwayne Parker #649439
Plaintiff's Name and ID Number

Comal County Jail
Place of Confinement

NOV 2 1 2024

CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

CASE NO.    5:24-cv-001131-XR

(Clerk will assign the number)

v.
Austen Rose
3030 W. San Antonio St.
Defendant's Name and Address
Alberto Gonzalez
3030 W. San Antonio St.
Defendant's Name and Address
Gilbert Molina
3030 W. San Antonio St.
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: 10|21|2024

        2.  Parties to previous lawsuit:

            Plaintiff(s) Jeremy Dwayne Parker

            Defendant(s) Bail of America Bail Bonds

        3.  Court: (If federal, name the district; if state, name the county.) Western District

        4.  Cause number: 5:24-CV-01214-FB

        5.  Name of judge to whom case was assigned: Fred Biery

        6.  Disposition: (Was the case dismissed, appealed, still pending?) Still pending

        7.  Approximate date of disposition: _____

<u>Previous Lawsuits</u>

1) 10/21/2024
2).
Plaintiff(s) - Jeremy Dwayne Parker #649439
Defendants - Williamson County District court
3) Western District
4) # 5:24-CV-01218-XR
5) Xavier RoDRIGueZ
6) Still pending
7) N/A


<u>Previous Lawsuits:</u>

1) 10/22/2024
2) plaintiff - Jeremy Dwayne Parker #649439
   Defendants - Texas Department of public Saftey, Troopers
3) Western District, Austin Tx.
4) # 1:24-CV-01277-RP-SH
5) Judge Robert Pitman
6) Still penDing
7) N/A


Respectfully Submitted;
Jeremy Parker
Jeremy Parker
November 18, 2024

II.    PLACE OF PRESENT CONFINEMENT: Comal County Jail

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?     ___YES  ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jeremy Dwayne Parker #649439 3000 IH 35 South, New Braunfels, Tx. 78130

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Austen Rose, New Braunfels Police officer 3030 W. San Antonio St. New Braunfels, Tx. 78130
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied medical assistance, Harrassment, Defamation, Slander.

Defendant #2: Alberto Gonzalez, New Braunfels Police officer 3030 W. San Antonio St. New Braunfels Tx. 78130
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied medical assistance, Continueous Harassment, Slander

Defendant #3: Gilbert Molina, New Braunfels Police officer (Harassment) 3030 W. San Antonio st. New Braunfels Tx.
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Harassment, Defamation, Slander on Social media

Defendant #4: Timothy Crawford, New Braunfels Police officer 3030 W. San Antonio St. New Braunfels Tx. 78130
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Harassment, Defamation, slander on Social media

Defendant #5: Justin Wilson, New Braunfels Police officer 3030 W. San Antonio St. New Braunfels, Tx. 78130
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Harassment, Defamation, Slander on Social media

3

Statement of Claim #2

(FeBRuARy 8 2023) I was pulled over
for Having my licence plate IN my windsHeild
by officer Gilbert molina, and His partNer I
believe JustiN WilJoN. THey were quickly assisted
by TimotHy Crawford, Harry Hope, TaiNa JardiN,
Joseph munGuia. THey all worked togetHer to
Harass, me and my GirlfreiNd oN a prolonged
traffic stop WHicH went oN for about an hour,
made a false Hit by a K9 and Illegaly searcHed
my veHicle, and tHen made a bunch of false
claims oN A Social media plctform about me.
I was never ticketed for tHe stop. THis Happend
IN tHe TACO CabaNA ParkiNg lot, IN New BrauNfels.

Respectfully
Jeremy Parker
Jeremy Parker
November 18, 2024

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Officer Rose and officer Gonzalez from New Braunfels police Department, pulled me over for a Bogus Traffic Stop. THen Denied me emergency medical assistance, Harrassed me, Violated my fourtH ammendment, Illegaly Searched my VeHicle wHile I war seeking medical attention, and tHen Slander and Defamed me on a social media platform. Accompanied by Evan Powell, Ronnie Womack, Jeffrey Keverline, all from NBPD. For a Traffic Stop Failure to use a Blinker 100Ft from a Stop Sign. (January 8, 2023)

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like tHe Court to hold tHese officers accountable, like Im being held accountable.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jeremy Parker, J.P.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ-CID # 1122552    TDCJ-CID# 1750730

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    _____YES  √  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division):_____

   2.  Case number:_____

   3.  Approximate date warning was issued:_____

Executed on: __11_|_18_|_24___
             DATE

                                    _____
                                    (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____18_____ day of _November_ , 20 _24_ .
                  (Day)                  (month)         (year)

                                      _____
                                    (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

I

United States District Court
Western District of Texas
SAN ANTONIO DIVISION


Jeremy Dwayne Parker #649439
        Plaintiff,


                                                    Cause #
    V.                                              SA-24-CV-01131-XR
                                                        T.T.C.A

Gilbert Molina, Timothy Crawford
Justin Wilson, Harry Hope
New Braunfels, Police officers
            Defendants.
(CR2023-817C)                              November 16, 2024
    On the early morning of February 8th 2023 me and
my Girlfreind were pulled over IN the parking lot of
Taco cabana, here IN New Braunfels TX. THe Traffic
stop was for Having my license plate IN my WIND
SHeild INstead of being mounted to tHe front of my
VeHicle. OFFicer Molina and his partner made the initial
traffic stop. very quicKly there were three or four
otHer patrol VeHicles. tHat pull up consecutively. UpoN
making contact with tHe officer I inform him tHat
I was IN tHe process of an INSurance claim and even
showed tHe officer tHe grill on tHe front of my camaro
was missing. I was unable to mount tHe license plate
oN my VeHicle, so It Was visibly IN my WINdsHeild clear

II

and visible for Texas State law purposes. Unlike a month before, the license plate in the windsheild was never even discussed, and it had remained there at the time of my prior traffic stop. I'd like to state that I am a commercial driver for over ten years with no traffic violations on my class B # 19264313.

Instead of a ticket, they never intended to give me a citation. They never even begun to write one. Rather they used a minor traffic stop, for a fishing expedition, which led to a very strong case of Harrassment. (Texas penal code 42.07) (Seven officers on the scene.

The prolonged traffic stop lasted for almost an hour, where me and my girlfreind were forced to stand in the cold, until a K9 from Hays County was dispatched to our location. Over an Hour into a Bogus traffic stop for my license plate being displayed in my windsheild, I was arrested and my girlfreind Cassidy Seals was released and free to go.

The following day the post on their New Braunfels Police Department Facebook stated some very unfactual comments, as well as I believe the newspaper in Canyon Lake and possibly on certain news stations. These comments are allegations and hold no factual substance. I've been continuesly Harrassed and stalked by the New Braunfels Police Departmen officers. "Officers, Molina, Crawford, Wilson, and Hope, I believe intentionally posted these Tort claims to promote an unlawful traffic stop, a violation of my fourth ammendment and with intentions for the community's back



In Securing tHeir unlawful Allegation.
   Texas civil practice and Remedies Code 143A.007 (A)(B)(1)(2)
   Texas civil practice and Remedies Code 143A.001 (5)(6)
   Texas civil practice and Remedies Code 143A.002(1)(2)
   Texas civil practice and Remedies Code 73.001
   Defamation per se Involves statements tHat are
obviously hurtful to a plaintiff Reputation as well
as Current legal proceedings. THe Jury may presume
General Damages Including for loss of Reputation and
mental anguisH.
   THankyou Very much for tHe Courts time and
attention into tHis matter.

Respectfully
Submitted:

Jeremy Parker
Jeremy Parker
November 16, 2024

Officers from NBPD Subpoena to stand
Witnesses against me in my February 2 2025 Trial.
1. Austen Rose
2. Evan Powell
3. Ronnie Womack
4. Jeffrey Keverline
5. Carie Stegura
6. Isaac Nolasco
7. Daniel Salas
8. Timothy Crawford
9. Gilbert Molina
10. Justin Wilson
11. Gary Ebert
12. Harry Hope
13. Taina Jardin
14. Joseph Munguia

Weirdly officer Gonzalez that was Dispached and
present Is not on the list of officers, but all of
these other men are subpoena'd. Sounds a little extensive
for a Traffic stop I was never ticketed for.

I

United States District Court
Western District of Texas
SAN Antonio Division

Jeremy Dwayne Parker #649439
        plaintiff,

                                    Cause #
V.                                  SA-24-CV-01131-XR

New Braunfels Police officers      T.F.C.A
AusteN Rose, ALBeRTO GoNzalez
        Defendants.
(CR2023-156C)(CR 2023-156C)        November 16, 2024

    On the night of January 8th 2023, I was pulled
over by officer Austen Rose, from the New Braunfels
police Department, for failure to use a blinker 100Ft
from a stop sign. I had been struck in my groin
and was seeking medical assistance. I pulled into
a safe parking lot away from moving vehicles, at
the Walgreens pharmacy on South Bound Elliot Knox,
and walnut Ave.

    I exited my vehicle and informed the officer
that I had an emergency, I had been struck in
my groin and needed medical assistance. OFFICER
Rose was immediatley assisted by officer Gonzalez. I
informed them both I needed medical assistance. Id
felt if as my testicle was strangulated and Id embarrassingly
pleaded fur help from both of the officers. Instead of
Granting me medical assistance, that I have every

II

Right to have, no matter how bad my record is, they instead Harrassed me for access to my vehicle. Its all on their Dash and Body cams, I exercised my fourth ammendment and continued to ask for help. After twenty to thirty minutes into a minor Traffic stop, that I was never ticketed for, I Demanded that they get me a Seargent Supervisor to talk to. They were using the traffic stop as a fishing expedition for unrelated criminal activity. The Seargent shows up on the scene, being equiley abrassive towards me as, Rose and Gonzalez. "You wanted to see a seargant, whats up?!" I said Could you tell me why, these two officers are Denying me an Ambulance? I was in a lot of pain being struck in my testicles while sleeping. The Seargant, turned to Rose and Gonzalez, and said. "Get him an ambulance."

OVER 45 minutes into the stop, the Ambulance shows up and begins to treat me for my Injury. While in the Ambulance, officer Rose says "Give us your car keys or we will Break your car window when the K9 alerts on your vehicle!" I Know my Rights, they cannot do that. Also notice how he was pre meditating the K9 was going to alert on my vehicle, that was locked and secured and not in any Towing violation area, while I seeked medical assistance.

WHEN the medics put me into the gurney for



Transport to the hospital, the side door of the Ambulance was open, given me a direct veiw of my parked vehicle, 2016 Chevrolet Camaro RS Coupe licence plate number RFP 1322. Directly after being strapped down, officer Rose enters the Ambulance and says K9 just alerted on your vehicle, and puts me in Handcuffs and takes my keys from my pocket. When an officer physicaly Intrudes to gather evidence, a Search within the fourth ammendment has occured.

I could see my vehicle and a K9 was never taken around my vehicle while I was present. My girlfreind Cassidy Seals was also Across the street video Recording the Incident, and witnessed the K9 Arriving after I'd already been Transported to the Hospital. She has video evidence of this statement. I was taken to Christus Santa Rosa Hosptal, here in New Braunfels, Where I was treated for a Busted Bloodvessel In my groinal, Testicle area, and even perscribed pain medication, for said Injury.

The Following Day the Police officers posted a picture of my face and the Allegations, as well as alleged narcotics seized from my vehicle, and a K9, sitting next to the Alleged seized Items. They were Congratulating the k9, for said Allegations, and even promoted said arrest as, K9 Appretiation day of the year.

An unticketed traffic violation, was used as a Fishing

expedition, tHat turned INto Denying me immediate
medical assistance, tHat turned INto AN Illegal SearcH
and Seizure and a violation to my FourtH Ammendment,
and tHen Slandered and Defamatory and False INformation.
being publicly Scruitinized from New Braunfels and beyond.
    After Bonding out everywHere I went people began
Staring at me and pointing, even expressing tHat tHeyd
Seen me on the news and on tHe New Braunfels police
Department FaceBook page. Even All tHe way back to
Austin TX and Round Rock, where Im From.
    officer Rose and officer Gonzalez, SINce Said INcident
has Continuely Harrassed me and my Girlfreind Cassidy
Seals on numerous occassions. INcluding sitting across
tHe street of my Girlfreinds Residence 676 S. SANTA
ClarA Ave, and monitored my veHicle For movement.
Even pulling me over For nafarious traffic stops IN
Heavily public parking lots at tHe H.E.B, and Harrassing,
me and tHen letting me go. I hAve video evidence
as well as it should be availiable witH tHe Departments,
Recorded Traffic stops under my name.
    I am scHeduled For Trial on February 2, 2025. on tHe
Comal county website, tHere are A list of subpoenad
officer's scHeduled to be witnesses at my Trial. Weirdly
officer Gonzalez has disappeared from tHe list as
witnesses and have been replaced by unrelated officers,
tHat sHown up after tHe fact. I do believe officer
Gonzalez's DasH cam will hold pertanit video Footage
of my Allegations being Correct and strangely why

has being excluded from the proceedings especially,
if he and Rose where in fact the arresting officers?
Rose and Gonzalez as well as others in my claim
where Denying me (Texas civil practice and Remedies)
(Code 101,062) 911 Emergency service.
(Texas civil practice and Remedies Code)(73.001) for
Defamation.
   Defamation perse involves statements that are
obviously hurtful to a plaintiff reputation that the
Jury may presume general damages, including for loss
of reputation and mental anguish.
   Actual malice, means that the statements were made
with knowledge of its falsity or with Reckless dis
Regaurd for the truth.
(Texas civil practice and Remedies Code)(143A.007)(A)(B)(1)(2)
(Texas civil practice and Remedies Code)(143A.001)(5)(6)
(Texas civil practice and Remedies code)(143A.002)(1)(2)
Lastly I'd like to state that (Texas penal code)(42.07)(A)(9)(B)
Harrassment, when a person, Tracks or monitors the persone
property or motor vehicle of Another person without the
persons effective consent. Thankyou for your time
and the courts consideration in this matter.

Respectfully Submitt
Jeremy Parker
Jeremy Parker



Jeremy Parker # 64172-1
3000 IH 35 South
New Braunfels, TX. 78130

San Antonio TX
TUE 19 NOV 2024

RECEIVED

Clerk, U.S. District Co
Western District of Texas
262 West Nueva Street
San Antonio, TX. 78207

COMAL COUNTY JAIL
INMATE MAIL