## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JEREMY DWAYNE PARKER, #649439,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **SA-24-CV-01131-XR** |
| **v.** | § | |
| | § | |
| **AUSTEN ROSE, New Braunfels** | § | |
| **Police Officer, ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Jeremy Dwayne Parker's 42 U.S.C. § 1983 Amended Civil Rights Complaint as clarified by his Response to the Order for More Definite Statement, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Jeremy Dwayne Parker's 42 U.S.C. § 1983 Amended Complaint as clarified by his Response to the Order for More Definite Statement is **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B)(i, ii), 1915A(b)(1).

**IT IS FURTHER ORDERED** that Plaintiff Jeremy Dwayne Parker's motion for appointed counsel is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

The Clerk of Court shall send a copy of this Final Judgment and the Order of Dismissal in this case to the keeper of the three–strikes list.

It is so **ORDERED**.

**SIGNED** this 24th day of February, 2025.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE